

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-13-00569-CR

Kristi Rene **NIX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B11614
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

    Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of her right to file her own brief. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless appellant files a *pro se* brief.

    If the appellant desires to file a *pro se* brief, she must do so **within thirty (30) days** from the date of this order. If the appellant files a *pro se* brief, the State may file a responsive brief no later than thirty days after the date the appellant's *pro se* brief is filed in this court. It is further ORDERED that the motion to withdraw filed by appellant's counsel is HELD IN ABEYANCE pending further order of the court.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court